

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

§

RAUL SARABIA, JR.,             §             No. 08-22-00064-CR

           Appellant,           §             Appeal from

v.             §             207th District Court

THE STATE OF TEXAS,           §             of Comal County, Texas

           State.           §             (TC# CR2018-305)

§

## O R D E R

The record before us does not contain a clear trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(a)(2), (d). The submitted clerk's record indicates a motion to withdraw guilty plea was granted by an order signed on June 22, 2021. The record reflects on March 22, 2022 the trial court's signed certification states "is a plea bargain case and defendant is requesting permission to appeal ruling on motion to withdraw plea." However, Appellant's notice of appeal asserts he is appealing "from the conviction and sentence in this cause and all related causes."

The trial court is ordered to prepare and file with the trial court clerk within thirty days from the date of this order a clarification of the certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d) as to whether he may appeal: his judgment and sentence; or an order denying a motion to withdraw his plea; or neither. The trial court clerk shall

1

prepare a supplemental clerk's record containing the certification and file it with this Court no later than June 30, 2022.

IT IS SO ORDERED this 20th day of May, 2022.

PER CURIAM

Before, Rodriguez C.J., Palafox and Alley, JJ.